UNITED STATES FIDELITY &
GUARANTY COMPANY,
Plaintiff–Appellant,

v.

EMPLOYERS CASUALTY,
Defendant–Appellee.

No. 87–3878.

United States Court of Appeals,
Fifth Circuit.

Oct. 14, 1988.

Mary Clare Hartman, Hartman & Associates, Metairie, La., for plaintiff-appellant.

Esmond Phelps, II, John P. Sneed, Phelps, Dunbar, Marks, Claverie & Sims, New Orleans, La., for defendant-appellee.

Before CLARK, Chief Judge,
BROWN and JOLLY, Circuit Judges.

JOHN R. BROWN, Circuit Judge:

Affirmed on basis of the trial court opinion. *United States Fidelity and Guar. Co. v. Employers Cas. Co.,* 672 F.Supp. 939 (E.D.La.1987).

AFFIRMED.